## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT and DEBRA CARIDEO,<br><br>               Plaintiffs,<br><br>v.<br><br>PENNYMAC LOAN SERVICES, LLC,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:18-cv-00911-SM<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF COUNSEL

I, Kevin P. Polansky, do hereby state as follows:

1.  I am an attorney licensed to practice law in New Hampshire and I am counsel of record for Defendant PennyMac Loan Services, LLC ("PennyMac") in the above-captioned litigation.

2.  I have personal knowledge of the matters set forth in this Affidavit.  I submit this Affidavit in support of PennyMac's Emergency Motion for a Temporary Restraining Order and/or Preliminary Injunction.

3.  On October 24, 2018, the undersigned counsel was informed by PennyMac that Plaintiffs Robert and Debra Carideo ("Plaintiffs") may be marketing the subject property (395 Mammoth Road, Pelham, New Hampshire (the "Property")) for sale by Plaintiffs despite the fact that PennyMac is the record owner of the Property.

4.  On October 25, 2018, the undersigned counsel's office confirmed with PennyMac's property agent that Plaintiffs were in fact purporting to market the Property for sale by Plaintiffs, and had scheduled an open house for October 27, 2018, from 1 p.m. to 3 p.m. Attached hereto as **Exhibit 1** is a true and accurate copy of the MLS Listing posted by Plaintiffs,

through their attorneys in this action, which was obtained by PennyMac's property agent through the real estate listing website, RESNET, and provided to the undersigned counsel's office.

5.     By electronic mail dated October 25 and 26, 2018, the undersigned counsel's office contacted Plaintiffs' counsel requesting an explanation for the listing.  Plaintiffs' counsel admitted to posting the listing but did not respond to requests to withdraw the listing and cancel the open house scheduled for October 27th.

6.     At no time did PennyMac consent to allowing Plaintiffs to market or list the Property for sale on PennyMac's behalf or otherwise, nor did PennyMac have any knowledge of the listing until its property agent informed PennyMac of the same after it was posted on RESNET.

7.     PennyMac is the record owner of the Property, and does not consent to Plaintiffs purporting to list or market the Property for sale by Plaintiffs, and does not consent to Plaintiffs selling the Property, whether on their or PennyMac's behalf.

Signed under the pains and penalties of perjury, this 26th day of October, 2018.

*/s/ Kevin P. Polansky*
Kevin P. Polansky

# EXHIBIT 1

| Residential | Single Family | 395 Mammoth Road | | | Listed: 10/21/2018 | $249,999 |
|---|---|---|---|---|---|---|
| 4724615 | Active | Pelham | | NH 03076 | Unit/Lot | |
| | | | | | Closed: | |



Property Panorama VT URL

| | | |
|---|---|---|
| **County** NH-Hillsborough | **Rooms - Total** 5 | **Water Body Access** |
| **Village/Dist/Locale** | **Bedrooms - Total** 2 | **Water Body Type** |
| **Construction Status** Existing | **Baths - Total** 2 | **Water Body Name** |
| **Year Built** 1960 | **Baths - Full** 1 | **Water Frontage Length** |
| **Style** Ranch | **Baths - 3/4** 1 | **Water Restrictions** |
| **Color** | **Baths - 1/2** 0 | **ROW - Parcel Access** |
| **Total Stories** 1 | **Baths - 1/4** 0 | **ROW - Length** |
| **Zoning** R | **SqFt-Apx Fin Above Grade** 1,176 | **ROW - Width** |
| **Taxes TBD** No | **$/SqFt Fin. Above Grade** | **ROW to other Parcel** |
| **Tax - Gross Amount** $5,770.00 | **SqFt-Apx Fin AG Source** Municipal | **Flood Zone** Unknown |
| **Tax Year** 2017 | **SqFt-Apx Unfn Above Grade** 150 | **Seasonal** No |
| **Tax Year Notes** | **SqFt-Apx Unfn AG Source** Municipal | **Land Gains** |
| **Owned Land** | **SqFt-Apx Fin Below Grade** 976 | **Resort** |
| **Lot Size Acres** 3.900000 | **SqFt-Apx Fin BG Source** Municipal | **Timeshare/Fract. Ownrshp** No |
| **Lot - Sqft** 169,884 | **SqFt-Apx Unfn Below Grade** 210 | **T/F Ownership Amount** |
| **Common Land Acres** | **SqFt-Apx Unfn BG Source** Municipal | **T/F Ownership Type** |
| **Current Use** | **SqFt-Apx Total Finish** 2,152 | **Auction** No |
| **Garage** Yes | **Footprint** | **Foreclosed/Bank-Owned/REO** Yes |
| **Garage Type** Attached | **Road Frontage** Yes | **Rehab Needed** |
| **Garage Capacity** 2 | **Road Frontage Length** 217 | **Days On Market** 4 |
| **Basement** Yes | **Roads** Paved, Public | **Delayed Showing** Yes |
| **Basement Access Type** Interior | | **Date - Showings Begin** 10/27/2018 |

**Remarks - Public** OPEN HOUSE- Saturday 10/27 1PM to 3PM. Showings may Begin next week after Open House if not under contract. THIS IS A STEAL! Motivated Sellers. Oversized lot- at 3.9 Acres, possibilities abound. Convenient to Massachusetts, Schools, Shopping- yet peaceful, idyllic, and safe giant back yard. Front porch and rear porch. Hardwood floors. Large fireplace that opens up into both the living room and the nicely redone kitchen. Dining room and two bedrooms upstairs, as well as a possible 3rd bedroom, 2nd bathroom, living room, and 2nd fireplace downstairs. OR, use as an In-Law apartment for rental income. Separate Entrance, with kitchenette. Consult the new NH Accessory Dwelling Unit Rules which have vastly expanded this option for NH Homeowners! Laundry room. 2 car garage, storage above, and storage shed on the grounds. Clean well insulated attic perfect for storage as well. You will love the convenience of this location, the comfort of this home and the beauty of the back yard!
**Directions**

| | | | |
|---|---|---|---|
| | **Map** 27 | **DeedRecTy** Deed to be Obtained | **SchDistrct** |
| | **Block** 2 | **DeedBooK** | **SchElem** |
| | **Lot** 50 | **DeedPage** | **SchMiddle** |
| | **SPAN Number** | **TotDeeds** | **SchHigh** |
| | **Property ID** | **Covenants** Unknown | |
| | **PlanUrbDev** | | |

| | | | |
|---|---|---|---|
| | **Lot Description** Field/Pasture | **Items Excluded** | |
| | **Construction** Wood Frame | | |
| | **Foundation** Concrete | | |
| | **Roof** Shingle - Asphalt | | |
| **Heating** Baseboard | **Exterior** Shingle, Wood | | |
| **Heat Fuel** Oil | **Driveway** Paved | | |
| **Cooling** None | **Electric** 100 Amp, Fuses | | |
| **Water** Drilled Well | **Phone Company** | | |
| **Water Heater** Tankless Coil | **Electric Company** | | |
| **Sewer** Septic | **Fuel Company** | | |
| | **Cable Company** | **Fees - Condo - Mobile** | **Condo Name** |
| | | | **Building Number** |
| | | | **Floor Number** |
| | | **Condo Fees** | **Units Per Building** |
| | | **Fee** | **LmtComArea** |
| | | **Fee Frequency** | **SpecAssmt** |
| | | **AssnFee2** | |
| | | **AsnFee2Frq** | **ParkName** |
| | | **AssnFee3** | **Mobile Co-Op** |
| | | **AsnFee3Frq** | **MobPkApvl** |
| | | | **MustMove** |
| | | | **Mobile Make** |
| | | | **MobileMod** |
| | | | **MobileSer#** |
| | | | **Mobile Anchor** |

| | | |
|---|---|---|
| **List Ofc - Ofc Name** Associated Attorneys of New England | **Comp Only** No | **Showing Instructions** 24 Hour Notice, 12 Hour Notice, Email Listing Agent, Text List Agent |
| **List Ofc - Phone** Off: 603-622-8100 | **Comp Type** | |
| **Agent - Agt Name** John Skinner, III | **Listing Type** Exclusive Right | **Showing Service** |
| **Agent - Phone** Phone: 603-622-8100 | **Listing Service** Full Service | **Remarks - Non-Public** Similar to a Short Shale we will need 3rd Party approval. Buyers Should expect 60 to 90 days from contract to close. The Mortgage will be paid off in full, so it could go quicker, and we will try for ASAP , but please be aware that third party approval will be required. |
| **Agent - E-mail** Jake@aaone.law | **Designated/Apptd. Agency** No | |
| **ListTeam - Team Name** | **Variable Commission** Yes | |
| **ListTeam - Phone1** | **Compensation Based On** Net Sales Price | |
| **CoLstAgt - Agt Name** | **See Non-Public Remarks** Yes | **Remarks - Intra-Firm** |
| **CoLstAgt - Phone** | **Buyer Agency** 2.25 | **Listed in other Prop Type** No |
| **Alternate Contact - Agent Name** | **Buyer Agency Type** % | **Primary MLS#** |
| **Alternate Contact - Phone Number** | **SubAgency** 1.00 | **Management Company** |
| **Input of Owner Name** I have written permission to withhold name | **SubAgency Type** % | **Management Company Phone** |
| **Owner Name** | **NonAgency Facilitator** 1.00 | **Price - Original** $249,999 |
| **Owner Phone** | **NonAgency Facilitator Type** % | **Short Sale** No |
| **Occupant Name** | **Transactional Broker** | **Concessions** |
| **Occupant Phone** | **Transactional Broker Phone** | **Concession - Amount** |
| **Sell Ofc - Ofc Name** | **Date - MLS List** 10/21/2018 | **Concession - Comments** |
| **Sell Ofc - Phone** | **Date - Expiration** | **Financing-Buyer** |
| **Sell Agt - Agt Name** | **Date - Active Under Contr** | |
| **Sell Agt - Phone** | **Date - Pending** | |
| **Appraisal Complete** | **Date - Withdrawn** | |
| **Appraiser** | **Date - Terminated** | |
| **Appraiser Phone** | **Date - Closed** | |
| **SellTeam - Team Name** | **Date - Leased** | |
| **SellTeam - Phone1** | **Date - Auction** | |
| **SellTeam - TmEmail1** | | |

| | | |
|---|---|---|
| **Prepared By:** Cindy Ronning | Subject to errors, omissions, prior sale, change or withdrawal without notice. Users are advised to independently verify all information. The agency referenced may or may not be the listing agency for this property. NEREN is not the source of information presented in this listing. Copyright 2018 New England Real Estate Network, Inc. | |
| **Printed:** 10/25/2018 11:33 AM Page 1 of 1 | | |

**395 Mammoth Road**










Subject to errors, omissions, prior sale, change or withdrawal without notice. Users are advised to independently verify all information. The agency referenced may or may not be the listing agency for this property. NEREN is not the source of information presented in this listing. Copyright 2018 New England Real Estate Network, Inc.

**Prep By:** Century 21 North East

Cindy Ronning

Listed by:    John Skinner, III / Associated Attorneys of New England








































## PROPERTY DISCLOSURE - RESIDENTIAL ONLY
### New Hampshire Association of REALTORS® Standard Form



**TO BE COMPLETED BY SELLER**

The following answers and explanations are true and complete to the best of SELLER'S knowledge. This statement has been prepared to assist prospective BUYERS in evaluating SELLER'S property. This disclosure is not a warranty of any kind by the SELLER, or any real estate FIRM representing the SELLER, and is not a substitute for any inspection by the BUYER. SELLERS authorize FIRM in this transaction to disclose the information in this statement to other real estate agents and to prospective buyers of this property.

> NOTICE TO SELLER(S): COMPLETE ALL INFORMATION AND STATE NOT APPLICABLE OR UNKNOWN AS APPROPRIATE. IF ANY OF THE INFORMATION IN THIS PROPERTY DISCLOSURE FORM CHANGES FROM THE DATE OF COMPLETION, YOU ARE TO NOTIFY THE LISTING FIRM PROMPTLY IN WRITING.

1. SELLER: _____
2. PROPERTY LOCATION: 375 Mammn Rd Pelham NH 03076
3. CONDOMINIUM/CO-OP, PUD DISCLOSURE RIDER OR MULTIFAMILY DISCLOSURE RIDER ATTACHED? ☐ Yes ☐ No
4. SELLER: ☑ has   ☐ has not   occupied the property for __6__ years.
5. WATER SUPPLY
   Please answer all questions regardless of type of water supply.
   a. TYPE OF SYSTEM:   ☐ Public   ☐ Private   ☐ Seasonal   ☐ Unknown
      ☑ Drilled   ☐ Dug   ☐ Other __Well__
   b. INSTALLATION: Location: __Front__
      Installed By: __Unknown__                    Date of Installation: __Unknown__
      What is the source of your information? _____
   c. USE: Number of Persons currently using the system: __3__
      Does system supply water for more than one household?   ☐ Yes   ☑ No
   d. MALFUNCTIONS: Are you aware of or have you experienced any malfunctions with the (public/private/other) water systems?
      Pump:   ☐ Yes   ☑ No   ☐ N/A        Quantity:   ☐ Yes   ☑ No
      Quality:   ☐ Yes   ☑ No   ☐ Unknown
      If Yes to any question, please explain in Comments below or with attachment.
   e. WATER TEST: Have you had the water tested?   ☐ Yes   ☑ No   Date of most recent test __Not recently__
      IF YES to any question, please explain in Comments below or with attachment.
      Are you aware of any test results reported as unsatisfactory or satisfactory with notations?   ☑ Yes   ☐ No
      IF YES, are test results available?   ☐ Yes   ☑ No   What steps were taken to remedy the problem?
      COMMENTS: Prior owner corrdated prior to purchate

6. SEWAGE DISPOSAL SYSTEM
   a. TYPE OF SYSTEM:   Public: ☐ Yes   ☐ No   Community/Shared: ☐ Yes   ☐ No
      Private: ☑ Yes   ☐ No   ☐ Unknown
      Septic Design Available: ☐ Yes   ☑ No
   b. IF PUBLIC OR COMMUNITY/SHARED
      Have you experienced any problems such as line or other malfunctions?   ☐ Yes   ☑ No
      What steps were taken to remedy the problem? _____
   c. IF PRIVATE:
      TANK:   ☑ Septic Tank   ☐ Holding Tank   ☐ Cesspool   ☐ Unknown   ☐ Other _____
      Tank Size _____ Gal.   ☑ Unknown   ☐ Other _____
      Tank Type ☐ Concrete   ☐ Metal   ☑ Unknown   ☐ Other _____
      Location: __Rere / Back Yard__   ☐ Location Unknown   Date of Installation: _____
      Date of Last Servicing: __2017/2018__   Name of Company Servicing Tank: __Peters__
      Have you experienced any malfunctions?   ☐ Yes   ☑ No
      Comments: _____
   d. LEACH FIELD:  ☑ Yes   ☐ No   ☐ Other _____
      IF YES, Location: __Back Yard__   Size _____   ☑ Unknown
      Date of installation of leach field: _____   ☐ Installed By: _____
      Have you experienced any malfunctions?   ☐ Yes   ☑ No
      Comments: _____

SELLER(S) INITIALS _____        BUYER(S) INITIALS _____ / _____

© 2014 NEW HAMPSHIRE ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED. FOR USE BY NHAR REALTOR® MEMBERS ONLY. ALL OTHER USE PROHIBITED   07.2014

Absolute Realty, 104 Grove Street Claremont, NH 03743                    Phone (603)763-6006      Fax (603)843-2622      2014_Seller_Forms_Upda
George Sanders                         Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

## PROPERTY DISCLOSURE - RESIDENTIAL ONLY
### New Hampshire Association of REALTORS® Standard Form



**TO BE COMPLETED BY SELLER**

**PROPERTY LOCATION:** _____

   e.  IS SYSTEM LOCATED ON "DEVELOPED WATERFRONT" as described in RSA 485-A? ❏ Yes ☑ No ❏ Unknown
      IF YES, has a site assessment been done?         ❏ Yes ☑ No ❏ Unknown
      Source of Information: _____
      Comments: _____
      FOR ADDITIONAL INFORMATION THE BUYER IS ENCOURAGED TO CONTACT THE NH DEPARTMENT OF ENVIRONMENTAL SERVICES SUBSURFACE SYSTEMS BUREAU

**7.   INSULATION**

| LOCATION | Yes | No | Unknown | If YES, Type | Amount | Unknown |
|---|---|---|---|---|---|---|
| Attic or Cap | ☑ | ❏ | ❏ | Fiberglass | _____ | ❏ |
| Crawl Space | ❏ | ❏ | ☑ | _____ | _____ | ❏ |
| Exterior Walls | ☑ | ❏ | ☑ | _____ | _____ | ❏ |
| Floors | ❏ | ❏ | ☑ | _____ | _____ | ❏ |
| _____ | ❏ | ❏ | ❏ | _____ | _____ | ❏ |

**8.   HAZARDOUS MATERIAL**

   a.  UNDERGROUND STORAGE TANKS - Current or previously existing:
      Are you aware of any past or present underground storage tanks on your property? ☑ Yes ❏ No ❏ Unknown
      IF YES: Are tanks currently in use? ☑ Yes ❏ No
      IF NO: How long have tank(s) been out of service? _____
      What materials are, or were, stored in the tank(s)?   oil
      Age of tank(s): ___unknown___ Size of tank(s): __275__
      Location: __first__
      Are you aware of any past or present problems such as leakage, etc? ❏ Yes ❏ No   Comments: _____

      If tanks are no longer in use, have tanks been removed?   ❏ Yes ❏ No ❏ Unknown

   b.  ASBESTOS - Current or previously existing:
      As insulation on the heating system pipes or ducts?   ❏ Yes ☑ No   ❏ Unknown
      In the siding?   ❏ Yes ☑ No   ❏ Unknown   In the roofing shingles?   ❏ Yes ☑ No   ❏ Unknown
      In flooring tiles? ❏ Yes ☑ No   ❏ Unknown   Other _____   ❏ Yes ❏ No   ❏ Unknown
      If YES, Source of information: _____
      Comments: _____

   c.  RADON/AIR - Current or previously existing:
      Has the property been tested?   ❏ Yes ☑ No   ❏ Unknown
      If YES: Date: _____ By: _____
      Results: _____ If applicable, what remedial steps were taken? _____
      Has the property been tested since remedial steps?   ❏ Yes ❏ No
      Are test results available?   ❏ Yes ❏ No   Comments: _____

   d.  RADON/WATER - Current or previously existing:
      Has the property been tested?   ❏ Yes ☑ No   ❏ Unknown
      If YES: Date: _____ By: _____
      Results: _____ If applicable, what remedial steps were taken? _____
      Has the property been tested since remedial steps?   ❏ Yes ❏ No
      Are test results available?   ❏ Yes ❏ No   Comments: _____

   e.  LEAD-BASED PAINT - Current or previously existing:
      Are you aware of lead-based paint on this property?   ❏ Yes ☑ No
      If YES: Source of information: _____
      Are you aware of any cracking, peeling, or flaking lead-based paint?   ❏ Yes ❏ No
      Comments: _____

   f.  Are you aware of any other hazardous materials?   ❏ Yes ☑ No
      If YES: Source of information: _____
      Comments: _____

**SELLER(S) INITIALS** _____ / _____           **BUYER(S) INITIALS** _____ / _____

© 2014 NEW HAMPSHIRE ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED. FOR USE BY NHAR REALTOR® MEMBERS ONLY. ALL OTHER USE PROHIBITED   07.2014

Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com     2014_Seller_Forms_Upda

# PROPERTY DISCLOSURE - RESIDENTIAL ONLY
### New Hampshire Association of REALTORS® Standard Form



**TO BE COMPLETED BY SELLER**

**PROPERTY LOCATION:** _____

9. **GENERAL INFORMATION**

a. Is this property subject to liens, encroachments, easements, rights-of-way, leases, restrictive covenants, attachments, life estates, or right of first refusal?
☐ Yes ☑No ☐ Unknown   If YES, Explain: _____
What is your source of information? _____

b. Is this property subject to special assessments, betterment fees, association fees, or any other transferable fees?
☐ Yes ☑No ☐ Unknown   If YES, Explain: _____
What is your source of information? _____

c. Are you aware of any onsite landfills or any other factors, such as soil, flooding, drainage, etc?
☐ Yes ☑No   If YES, Explain: _____

d. Are you aware of any problems with other buildings on the property?  ☑Yes ☐ No If YES, Explain: _BARN ROOF_

e. Are you receiving a tax exemption for this property for any reasons?  ☐ Yes ☐ No ☐ Unknown
If YES, Explain: _____

f. Is any part of this property in Current Use? ☐ Yes ☑No ☐ Unknown   If YES, Explain: _____

g. Is this property located in a Federally Designated Flood Zone?   ☐ Yes ☑No ☐ Unknown

h. Has the property been surveyed? ☐ Yes ☐ No ☑Unknown   If YES, By: _____
If YES, is survey available? ☐ Yes ☐ No ☐ Unknown

i. How is the property zoned? _____

j. Heating System Age: _____ Type: _FHW_____ Fuel: _oil__ Tank/Location: _RenT/ 5 Dru4_
Owner of Tank: _Homcwr_
Annual Fuel Consumption: _400 gal_ Price: _____ Gallons: _____
Comments: _____

k. Roof Age: _unken__ Type of Roof Covering: _Asphalt shingle_
Moisture or leakage: _NO_
Comments: _____

l. Foundation/Basement: ☑Full ☐ Partial ☐ Other: _____ ☐ Type: _____
Moisture or leakage: _NO_
Comments: _____

m. Chimney(s) How Many? _1_ Lined? _UNKNOWN_ Last Cleaned: _2 yrs_ Problems? _NO_

n. Plumbing  Type: _COpen_ Age: _Home_
Comments: _____

o. Domestic Hot Water:   Age: _UNKNOWN_ Type: _oil Boila_ Gallons: _____

p. Electrical System Amps: _100_ ☐ Circuit Breakers ☑ Fuses
Comments: _____

q. Modifications: Are you aware of any modifications or repairs made without the necessary permits?  ☐ Yes ☑No
If Yes, please explain: _____

r. Pest Infestation: Are you aware of any past or present pest infestations? ☐ Yes ☑No  Type: _____
Comments: _____

s. Methamphetamine Production: Do you have knowledge of methamphetamine production ever occurring on the property?
(Per RSA 477:4-g)  ☐ Yes ☑No   If YES, please explain: _____
t. Other (e.g. Alarm System, Irrigation System, etc.) _NO_____

---

**NOTICE TO PURCHASER(S): PRIOR TO SETTLEMENT YOU SHOULD EXERCISE WHATEVER DUE DILIGENCE YOU DEEM NECESSARY WITH RESPECT TO ADJACENT PARCELS IN ACCORDANCE WITH THE TERMS AND CONDITIONS AS MAY BE CONTAINED IN PURCHASE AND SALES AGREEMENT AND DEPOSIT RECEIPT. YOU SHOULD EXERCISE WHATEVER DUE DILIGENCE YOU DEEM NECESSARY WITH RESPECT TO INFORMATION ON ANY SEXUAL OFFENDERS REGISTERED UNDER NH RSA CHAPTER 651-B. SUCH INFORMATION MAY BE OBTAINED BY CONTACTING THE LOCAL POLICE DEPARTMENT.**

---

**SELLER(S) INITIALS** _DC_ _PAC_          **BUYER(S) INITIALS** _____/_____

© 2014 NEW HAMPSHIRE ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED. FOR USE BY NHAR REALTOR® MEMBERS ONLY. ALL OTHER USE PROHIBITED  07.2014

Page 3 of 4

## PROPERTY DISCLOSURE - RESIDENTIAL ONLY
### New Hampshire Association of REALTORS® Standard Form



**TO BE COMPLETED BY SELLER**

**PROPERTY LOCATION:** _____

**10. ADDITIONAL INFORMATION**
   **a.** ATTACHMENT EXPLAINING CURRENT PROBLEMS, PAST REPAIRS, OR ADDITIONAL INFORMATION?
   ☐ Yes  ☑ No
   **b.** ADDITIONAL COMMENTS: _____

**ACKNOWLEDGEMENTS:**

> SELLER ACKNOWLEDGES THAT HE/SHE HAS PROVIDED THE ABOVE INFORMATION AND THAT SUCH INFORMATION IS ACCURATE, TRUE AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE. SELLER AUTHORIZES THE LISTING BROKER TO DISCLOSE THE INFORMATION CONTAINED HEREIN TO OTHER BROKERS AND PROSPECTIVE PURCHASERS.

**SELLER(S) MAY BE RESPONSIBLE AND LIABLE FOR ANY FAILURE TO PROVIDE _KNOWN_ INFORMATION TO BUYER(S).**

_____  _____  _____  _____
SELLER                        DATE          SELLER                        DATE

> BUYER ACKNOWLEDGES RECEIPT OF THIS PROPERTY DISCLOSURE RIDER AND HEREBY UNDERSTANDS THE PRECEDING INFORMATION WAS PROVIDED BY SELLER AND IS NOT GUARANTEED BY BROKER/AGENT. THIS DISCLOSURE STATEMENT IS NOT A REPRESENTATION, WARRANTY OR GUARANTY AS TO THE CONDITION OF THE PROPERTY BY EITHER SELLER OR BROKER. BUYER IS ENCOURAGED TO UNDERTAKE HIS/HER OWN INSPECTIONS AND INVESTIGATIONS VIA LEGAL COUNSEL, HOME, STRUCTURAL OR OTHER PROFESSIONAL AND QUALIFIED ADVISORS AND TO INDEPENDENTLY VERIFY INFORMATION DIRECTLY WITH THE TOWN OR MUNICIPALITY.

_Debra Carder_  _10/17/18_  _____  _____
BUYER               DATE          BUYER                        DATE
_Roger A. Carder_  _10/17/18_

© 2014 NEW HAMPSHIRE ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED. FOR USE BY NHAR REALTOR® MEMBERS ONLY. ALL OTHER USE PROHIBITED  07.2014

## DISCLOSURE OF INFORMATION ON LEAD-BASED PAINT
## AND/OR LEAD-BASED PAINT HAZARDS FOR HOUSING SALES



This Disclosure Form is from the National Lead Information Center under the United States Environmental Protection Agency.  This is not a New Hampshire Association of REALTORS form.

Property Address: ___395 Mammoth Road  Pelham, NH  03076___

### LEAD WARNING STATEMENT

*Every purchaser of any interest in residential property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning.  Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory.  Lead poisoning also poses a particular risk to pregnant women.  The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards.  A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.*

### Seller's Disclosure

(a) Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

   (i)  ☐ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

   _____

   (ii) ☑ Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b) Records and reports available to the seller (check (i) or (ii) below):

   (i)  ☐ Seller has provided the purchaser with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

   _____

   (ii) ☐ Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

### Purchaser's Acknowledgement (initial)

(c) _____ Purchaser has received copies of all information listed above.

(d) _____ Purchaser has received the pamphlet *Protect Your Family from Lead in Your Home.*

(e) Purchaser has (check (i) or (ii) below):

   (i)  ☐ received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or

   (ii) ☐ waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

### Agent's Acknowledgement (initial)

(f) __JS__ Agent has informed the seller of the seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

### Certification of Accuracy

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| Debra Cardew | 10/17/18 | Robert A. Carder | 10/17/18 |
|---|---|---|---|
| Seller | Date | Seller | Date |

| | | | |
|---|---|---|---|
| Purchaser | Date | Purchaser | Date |

| | | | |
|---|---|---|---|
| Agent | Date | Agent | Date |

Form generated by: TrueForms™ from REVEAL SYSTEMS, Inc. 800-499-9612