# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT and DEBRA CARIDEO, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PENNYMAC LOAN SERVICES, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:18-cv-00911-SM |

## [PROPOSED] ORDER

After review, Defendant PennyMac Loan Services, LLC's ("PennyMac") Emergency Motion for a Temporary Restraining Order and/or Preliminary Injunction is hereby GRANTED.

Plaintiff Robert and Debra Carideo ("Plaintiffs"), individually or through their attorneys and/or agents, shall be and hereby are enjoined from marketing, listing for sale, advertising, eliciting or accepting offers to purchase, showing to the public or interested buyers, or selling 395 Mammoth Road, Pelham, New Hampshire, or making or taking any and all other related efforts.

PennyMac's request for sanctions is also GRANTED. PennyMac shall file a request for sanctions, with sufficient supporting documentation, within 14 days of this Order.

So Ordered.

_____
The Honorable _____
Presiding Judge

Dated: _____